15CV.3524

17 May 2015

Dear District Court Clerk:

I will begin by introducing myself. My name is Charles Landwer and I am presently incarcerated at the Sheridan Federal Correctional Institution located in Sheridan, Oregon. Because of my incarceration I have no access to telephone assistance, the computer or the Internet. I am only allowed use of the United States Post Office mail system.

I am presently involved in a complicated civil litigation matter in DuPage County, Illinois. I have been granted Forma Pauperis status by the Judge handling the matter. (copy enclosed)

The reason for my writing is that a case filed in your district was mentioned in my matter. I do not know the case number but the following information was made available to me:

Plaintiff: Olga Arroyo - Ms. Arroyo

Defendant(s) City World Ford
J.P. Morgan
J.P. Morgan & Co.'s auto-financing arm

Attorney/Firm
Filing the Suit: New Economy Project

RECEIVED
SDNY PRO SE OFFICE
2015 MAY 28 A 4:05

District Court Clerk
page two

I believe the suit was filed recently, within the last few weeks I was told. I would like to obtain a copy of the complaint in this matter. I have no other way in which to receive the copy except to write to the District Court Clerk and request one.

I understand that you are very busy but please try to understand that I need the copy of the complaint and have no way else to obtain the pleading. I want to Thank You, in advance, for your assistance with my request. Until I hear from you, I will remain...

Very truly yours,

Charles Landwer

Charles Landwer
Registration Number 40690-424
Sheridan Federal Correctional Institution
P.O. Box 6000
Sheridan, Oregon 97378-6000



# OFFICE OF THE CIRCUIT COURT CLERK
## CHRIS KACHIROUBAS, CIRCUIT CLERK
18th JUDICIAL CIRCUIT COURT - DU PAGE COUNTY

November 17, 2014

Charles Landwer (40690-424)
Sheridan Federal Correctional Institution
P.O. Box 6000
Sheridan, Oregon 97378

Re: Chicago Title Insurance Company v. Charles H. Landwer, Jr.
Case Number 2014 L 835

Dear Mr. Landwer,

Enclosed you will find file stamped copies of your documents submitted for filing as well as a copy of your approved Order for Indigency. Please be advised that courtesy copies of the same have been forwarded to Judge Popejoy.

If you need further assistance please refer to the Code of Civil Procedure of the Illinois Compiled Statues. I am unable to assist you with any further information regarding this matter. The Clerk of the Circuit Court is prohibited by law from providing any legal advice.

Sincerely,

Chris Kachiroubas        503
Clerk of the Court

By:

Melissa Drotziger
Deputy Clerk
Civil Division

APPLICATION TO (SUE) (DEFEND) AS AN INDIGENT PERSON  3127 - 1 (Rev. 12/11)

**STATE OF ILLINOIS**  **UNITED STATES OF AMERICA**  **COUNTY OF DU PAGE**
IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT

Chicago Title Insurance Co.,
        Plaintiff,
vs
Charles H. Landwer, Jr.
        Defendant.

CASE NUMBER: 2014 L 000835

**APPLICATION TO SUE OR DEFEND AS AN INDIGENT PERSON**

File Stamp Here

I, __Charles H. Landwer, Jr., Defendant, Pro se__ on oath state

[X] On my own behalf, or as: [ ] Parent  [ ] Guardian  [ ] Other _____ of
(name) _____ [ ] a minor  [ ] a disabled person that

1. I have the following occupation or means of subsistence:
   A. I am employed as (job) __a prisoner__ by (employer) __Federal Bureau of Prisons__
   B. My spouse is employed as (job) __N/A__ by (employer) __N/A__
   C. My other sources of income or support are:

   [ ] Child Support  [ ] SSI (Supplemental Security Income)  [ ] Food Stamps  [ ] State Transitional Assistance
   [ ] TANF (Temporary Assistance for Needy Families)  [ ] Maintenance  [ ] AABD (Aid to the Aged, Blind and Disabled)
   [ ] General Assistance  [ ] State Children and Family Assistance  [ ] Other _____

2. My family income from all sources, including all sources listed above,
   (A) for the preceding year was $ __412800__ (B) currently is $ __383.00__

3. The persons dependent on me for support are: __Myself__
   I am obligated to pay child support in the amount of $ __N/A__

4. My monthly living expenses (exclusive of payment of debts and child support) are $ __35/toiletries and medicines__

5. I own (A) no real estate except: (location and value) $ __N/A__ ; (B) personal property which in total does not
   exceed $ __N/A__ including a motor vehicle valued at $ __N/A__

6. My available income is 125% or less of the current poverty level as established by the U.S. Dept. of Health and Human Services: (see attached schedule): [X] Yes  [ ] No

7. I am eligible to receive civil legal services (e.g. Legal Aid, or Prairie State Legal Services): [ ] Yes  [ ] No  [X] Don't Know

8. I believe in good faith that I have a meritorious claim or defense.

9. I am unable to proceed in this action without payment of fees and costs, and my payment of these fees, costs and charges would result in substantial hardship to my family or me.

Name: __Charles H. Landwer, Jr.__  [X] Pro Se
DuPage Attorney Number: _____
Attorney for: __Reg. No. 40690-424__
Address: __P.O. Box 6000__
City/State/Zip: __Sheridan, OR 97378-6000__
Telephone Number: _____

Signature of Applicant
Signed and sworn to before me
5 Nov 2014
Date

Circuit Clerk or Notary Public

CHRIS KACHIROUBAS, CLERK OF THE 18th JUDICIAL CIRCUIT COURT ©
WHEATON, ILLINOIS 60187-0707

Page 1 of 2

**Charles Landwer**
Registration Number 40690-424
Sheridan Federal Correctional Institution
P.O. Box 5000
Sheridan, Oregon 97378-6000

PORTLAND OR 972
19 MAY 2015 PM 9 T

Pro-Se
JAB 5/27/15

⇨ 40690-424 ⇨
United States Courthouse
District Court Clerk
500 Pearl ST
Room 120
NEW YORK, NY 10007-1312
United States



RECEIVED
SDNY PRO SE OFFICE
2015 MAY 28 A 9:05

USM P3 SDNY