UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
OLGA ARROYO,                                    : Civil No.: 15-cv-03524-AJN
                                                :
              Plaintiff(s),                     : ECF Case
                                                :
    -against-                                   : **RULE 7.1 DISCLOSURE**
                                                :        **STATEMENT**
JPMORGAN CHASE BANK, N.A; CITY WORLD            :
ESTATE AUTO HOLDINGS, LLC; BRONX FORD,          :
INC.; BRONX FORD LINCOLN MERCURY D/B/A          :
CITY WORLD FORD; JOHN DOES 1-10,                :
                                                :
              Defendant(s).                     :
------------------------------------------------X

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant, BRONX FORD, INC., states that it is a privately held Corporation.

Dated: July 23, 2015

             Yours, etc.

             RAVEN & KOLBE, LLP

       By: _____
             Keith A. Raven (KR-8086)
             Attorneys for Defendants
             CITY WORLD ESTATE AUTO HOLDINGS,
             LLC, BRONX FORD, INC., and BRONX FORD
             LINCOLN MERCURY d/b/a CITY WORLD
             FORD
             126 East 56th Street, Suite 202
             New York, New York 10022
             Tel. (212) 759-7466
             Fax (212) 759-0166
             File No.: 747-014-01

TO:

LAW OFFICES OF AHMAD KESHAVARZ
16 Court Street, 26th Floor
Brooklyn, New York 11241

Neighborhood Economic Development Advocacy Project
176 Grand Street, Suite 300
New York, New York 10013

Reed Smith, LLP
225 Fifth Avenue
Pittsburgh, PA 15222

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK          )
                                              ) ss.:
COUNTY OF NEW YORK  )

Nelida M. Lamboy-Perez, being duly sworn, deposes and says:

1. That she is an employee in the office of RAVEN & KOLBE, LLP, attorneys herein.
2. That deponent is not a party to the action or proceeding, is over eighteen (18) years of age, and resides in Glendale, New York.
3. That on August 5, 2015 she filed via ECF and served the within copy of the **RULE 7.1 DISCLOSURE STATEMENT (Bronx Ford, Inc.)** upon:

> LAW OFFICES OF AHMAD KESHAVARZ
> 16 Court Street, 26th Floor
> Brooklyn, New York 11241
>
> Neighborhood Economic Development Advocacy Project
> 176 Grand Street, Suite 300
> New York, New York 10013
>
> Reed Smith, LLP
> 225 Fifth Avenue
> Pittsburgh, PA 15222

by depositing a true copy of the same securely in a postpaid wrapper, in a Post Office Box regularly maintained by the United States Government directed to the above-mentioned parties at their respective address above, that this being the address within the State designated by them for the purpose upon the preceding papers in this action or the place where they then kept an office, between which place, there then was and now is a regular communication by mail.

_____
NELIDA M. LAMBOY-PEREZ

Sworn to before me this
5th day of August, 2015

_____
Lorna Rodney
Notary Public, State of New York
No. 01R05056568
Qualified in Kings County
Commission Expires 3-4-18