**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

OLGA ARROYO )
)
)  Civil Action No. 1:15-cv-03524 (AJN)
        Plaintiff, )
)  ECF CASE
    v. )
)  **CIVIL CASE MANAGEMENT PLAN**
)  **AND SCHEDULING ORDER**
JPMORGAN CHASE BANK, N.A.; CITY )
WORLD ESTATE AUTO HOLDINGS, LLC; )
BRONX FORD, INC.; BRONX FORD )
LINCOLN MERCURY D/B/A CITY WORLD )
FORD; JOHN DOES 1-10 )
)
        Defendants. )
)
)
JPMORGAN CHASE BANK, N.A., )
)
        Cross-Claim Plaintiff, )
)
    v. )
)
CITY WORLD ESTATE AUTO HOLDINGS, )
LLC; BRONX FORD LINCOLN MERCURY )
D/B/A CITY WORLD FORD; JOHN DOES )
1-10. )
)
        Cross-Claim Defendants. )
)

**CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER**

    This Civil Case Management Plan (the "Plan") is submitted by the parties in accordance

with Fed. R. Civ. P. 26(f)(3).

1.    All parties [consent _____ / do not consent _X_] to conducting all further proceedings
      before a United States Magistrate Judge, including motions and trial pursuant to 28
      U.S.C. § 636(c).  The parties are free to withhold consent without adverse substantive
      consequences.

          [If all parties consent, the remaining paragraphs need not be completed.]

2.    Settlement discussions [have _X_ / have not _____] taken place.

3.      The parties [have _X_ / have not _____] conferred pursuant to Fed. R. Civ. P. 26(f).

4.      [**For F.L.S.A. actions only**]

The plaintiff(s) [do _____ / do not _____ ] anticipate moving for conditional certification of this case as a collective action.

The defendant(s) [will _____ / will not _____] stipulate to conditional certification.

[If defendant(s) will not stipulate to conditional certification:]

Proposed briefing schedule:

Opening: _____

Opposition: _____

Reply: _____

[Opening brief to be filed no later than 30 days from the date of the initial pretrial conference; full briefing to be completed within 30 days of the opening brief]

5.      Amended pleadings may not be filed and additional parties may not be joined except with leave of the Court.  Any motion to amend or to join additional parties shall be filed within _30_ days from the date of this Order.  [Absent exceptional circumstances, choose a date not more than thirty (30) days following the initial pretrial conference.]

6.      Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) shall be completed no later than 21 days from the date of this Order.  [Absent exceptional circumstances, a date not more than fourteen (14) days following the initial pretrial conference.]

7.      All fact discovery is to be completed no later than _January 11, 2016_.  [A date not more than 120 days following the initial pretrial conference, unless the Court finds that the case presents unique complexities or other exceptional circumstances.]

8.      The parties are to conduct discovery in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of New York.  The following interim deadlines may be extended by the parties on consent without application to the Court, provided that the parties meet the deadline for completing fact discovery set forth in ¶ 7 above.

a.      Initial requests for production of documents shall be served by _October 30, 2015_.

b.      Interrogatories shall be served by _December 11, 2015_

c.      Depositions shall be completed by _January 11, 2016_.

d.      Requests to admit shall be served by _December 11, 2015_.

9.      All expert discovery, including disclosure of expert reports, production of underlying documents, and depositions shall be completed by _February 23, 2016_.  [Absent exceptional circumstances, a date forty-five (45) days from the completion of fact discovery].

10.     All motions and applications shall be governed by the Court's Individual Rules.

11.     All counsel must meet in person for at least one hour to discuss settlement within fourteen (14) days following the close of fact discovery.

12.     Counsel for the parties propose the following alternative dispute resolution mechanism(s) for this case: There is no consensus among the parties as to this issue.

        a.      ___ __ Referral to a Magistrate Judge for a settlement conference.

        b.      ___ __  Referral to the Southern District's Mediation Program.

        c.      ___ __ Retention of a private mediator.

        The parties seek the above-noted referral [now _ _ / at a later date _____].

        Unless otherwise ordered by the Court, settlement discussions do not stay or modify any date in this Order.

        [If the parties seek the above-noted referral at a later date:]

        Counsel for the parties will submit a letter by _____ seeking the referral.

13.     Summary Judgment and *Daubert* motions are to be filed within 30 days of the close of all discovery.  Absent good cause, the Court will not ordinarily have summary judgment practice in a non-jury case.

14.     Unless otherwise ordered by the Court, within forty (40) days of the close of all discovery, or, if a dispositive motion has been filed, within fourteen (14) days of a decision on such motion, the parties file via ECF a Joint Pretrial Report prepared in accordance with the Court's Individual Practices and Fed. R. Civ. P. 26(a)(3).  Any motions *in limine* shall be filed via ECF at the same time that the a Joint Pretrial Report is filed.  If this action is to be tried before a jury, proposed *voir dire*, jury instructions, and a verdict form shall also be filed at the same time as the Joint Pretrial Report.

15.     The parties shall be ready for trial within two weeks of filing the Joint Pretrial Report.

16.     This case [is _X_ / is not _____] to be tried to a jury.

17.     Other issues to be addressed at the Initial Pretrial Conference, including those set forth in Fed. R. Civ. P. 26(f)(3), are set forth below.

_____

_____

_____

_____

Counsel for the Parties:

/s/_____
Claudia Wilner
Susan Shin
Josh Zinner
THE NEW ECONOMY PROJECT
121 West 27th Street, Suite 804
New York, New York 10001
Telephone:  (212) 680-5100
Facsimile:  (212) 925-2092
claudia@neweconomynyc.org

*Counsel for Plaintiff Ogla Arroyo*

/s/ Mary J. Hackett_____
Mary J. Hackett
REED SMITH LLP
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone:  (412) 288-3250
Facsimile:  (412) 288-3063
mhackett@reedsmith.com

*Counsel for Defendant/Cross-Claim Plaintiff JPMorgan Chase Bank, N.A.*

/s/_____
Ahmad Keshavarz
THE LAW OFFICES OF AHMAD
KESHAVARZ
16 Court Street, 26th Floor
Brooklyn, New York 11241-102
Telephone:  (718) 522-7900
Facsimile:  (877) 496-7809
ahmad@NewYorkConsumerAttorney.com

*Counsel for Plaintiff Ogla Arroyo*

/s/_____
Keith A. Raven
RAVEN & KOLBE, LLP
126 East 56th Street, Suite 202
New York, New York 10022
Telephone:  (212) 459-7466
Facsimile:  (212) 459-0166

*Counsel for Defendant/Cross-Defendants City World Estate Auto Holdings, LLC, Bronx Ford, Inc., and Bronx Ford Lincoln Mercury dba City World Ford*

Except for the dates contained in ¶ 8 above, this Order may not be modified or the dates herein extended, except by further Order of this Court for good cause shown.  Any application to modify or extend the dates herein shall be made in a written application in accordance with

Court's Individual Rules and shall be made no fewer than two (2) business days prior to the expiration of the date sought to be extended.  Absent exceptional circumstances, extensions will not be granted after deadlines have already passed.  Ongoing settlement discussions do not extend any date herein unless expressly ordered by the Court.

The next Case Management Conference is scheduled for _____ at _____.

SO ORDERED.

Dated: _____
        New York, New York                    _____
                                              JUDGE ALISON J. NATHAN
                                              United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, states that on September 4, 2015, the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to attorneys of record.

Respectfully submitted,

/s/
Ahmad Keshavarz
THE LAW OFFICES OF AHMAD
KESHAVARZ
16 Court Street, 26th Floor
Brooklyn, New York 11241-102
Telephone:  (718) 522-7900
Facsimile:  (877) 496-7809
ahmad@NewYorkConsumerAttorney.com