**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| OLGA ARROYO, <br><br> Plaintiff, <br><br> v. <br><br> JPMORGAN CHASE BANK, N.A.; CITY WORLD ESTATE AUTO HOLDINGS, LLC; BRONX FORD, INC.; BRONX FORD LINCOLN MERCURY D/B/A CITY WORLD FORD; JOHN DOES 1-10 <br><br> Defendants. | Civil Action No. 1:15-cv-03524 (AJN) (JLC) <br><br> ECF CASE <br><br> **NOTICE OF NON-OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS** |
| JPMORGAN CHASE BANK, N.A., <br><br> Cross-Claim Plaintiff, <br><br> v. <br><br> CITY WORLD ESTATE AUTO HOLDINGS, LLC; BRONX FORD LINCOLN MERCURY D/B/A CITY WORLD FORD; JOHN DOES 1-10. <br><br> Cross-Claim Defendants. | |

On November 12, 2015, Defendant JPMorgan Chase Bank, N.A. ("Chase") moved for partial judgment on the pleadings. In that motion and supporting memorandum, Chase outlined why Plaintiff's claims against Chase for negligence and breach of an implied duty of good faith could not be sustained as a matter of law. Chase also moved to dismiss or strike Plaintiff's request for injunctive relief given, among other things, that she had not even pled that her claimed damages constituted irreparable harm. *See Docket Entries* 31 and 32. Thereafter, the parties reached a tentative settlement and the case was administratively closed. The parties have

been unable to complete the settlement.  Plaintiff requested that the case be reinstated and the Court granted that request on February 16, 2016.  *See Docket Entry* 39.  Thereafter, Chase requested that Plaintiff propose a date to respond to the motion for judgment on the pleadings.  Plaintiff ignored the request and instead threatened to press certain discovery issues.

Given that Plaintiff has failed to file any opposition to Chase's Motion for Partial Judgment on the Pleadings despite being given ample opportunity to do so and has not requested an extension to respond (despite Chase's prodding that she do so), Chase requests that the Court grant Chase's Motion for Partial Judgment on the Pleadings.  (*Docket Entry* 31).

Dated:  March 10, 2016

Respectfully submitted,

/s/ Mary J. Hackett
Mary J. Hackett
REED SMITH LLP
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone:  (412) 288-3250
Facsimile:  (412) 288-3063
mhackett@reedsmith.com

*Counsel for Defendant/Cross-Claim Plaintiff JPMorgan Chase Bank, N.A.*

CERTIFICATE OF SERVICE

The undersigned, an attorney, states that on March 10, 2016, the foregoing Notice of Non-Opposition to Defendant's Motion for Partial Judgment on the Pleadings was filed electronically with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to attorneys of record.

        Respectfully submitted,

        /s/ *Mary J. Hackett*
        Mary J. Hackett
        REED SMITH LLP
        225 Fifth Avenue
        Pittsburgh, PA 15222
        Telephone:  (412) 288-3250
        Facsimile:  (412) 288-3063
        mhackett@reedsmith.com

        *Counsel for Defendant/Cross-Claim Plaintiff*
        *JPMorgan Chase Bank, N.A.*