USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: APR 07 2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OLGA ARROYO,<br><br>    Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.; CITY WORLD ESTATE AUTO HOLDINGS, LLC; BRONX FORD, INC.; BRONX FORD LINCOLN MERCURY D/B/A CITY WORLD FORD; JOHN DOES 1-10,<br><br>    Defendants. | Civil Action No. 1:15-cv-03524 (AJN)<br><br>ECF CASE |
| JPMORGAN CHASE BANK, N.A.,<br><br>    Cross-Claim Plaintiff,<br><br>v.<br><br>CITY WORLD ESTATE AUTO HOLDINGS, LLC; BRONX FORD LINCOLN MERCURY D/B/A CITY WORLD FORD; JOHN DOES 1-10,<br><br>    Cross-Claim Defendants. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Olga Arroyo, Defendant JPMorgan Chase Bank, N.A, and Defendants City World Estate Auto Holdings, LLC and Bronx Ford Lincoln Mercury d/b/a City World Ford hereby stipulate that Plaintiff's Amended Complaint, including the claims asserted therein, is dismissed with prejudice with each party to bear its own costs.

Plaintiff Olga Arroyo, Defendant JPMorgan Chase Bank, N.A, and Defendants City World Estate Auto Holdings, LLC and Bronx Ford Lincoln Mercury d/b/a City World Ford further stipulate that Defendant JPMorgan Chase Bank, N.A.'s cross claim against Defendants City World Estate Auto Holdings, LLC and Bronx Ford Lincoln Mercury d/b/a City World Ford be and hereby is dismissed with prejudice with each party to bear its own costs.

Dated: _____, 2016

Respectfully submitted,

OLGA ARROYO

By: _____
Susan S. Shin

NEW ECONOMY PROJECT
121 West 27th Street, Suite 804
New York, NY 10001
Telephone: 212-680-5100
susan@neweconomynyc.org

By: _____
Ahmad Keshavarz
THE LAW OFFICES OF AHMAD KESHAVARZ
16 Court St., 26th Floor
Brooklyn, NY 11241-102
Telephone: (718) 522-7900
Facsimile: (877) 496-7809 (toll-free)
ahmad@NewYorkConsumerAttorney.com

*Attorneys for Plaintiff Olga Arroyo*

JPMORGAN CHASE BANK, N.A.

By: _____
Mary J. Hackett
Carolee A. Hoover
REED SMITH LLP
225 Fifth Avenue
Pittsburgh, Pennsylvania 15222
Telephone: (412) 288 3131
Facsimile: (412) 288 3063
mhackett@reedsmith.com
choover@reedsmith.com

*Counsel for Defendant
JPMorgan Chase Bank, N.A.*

CITY WORLD ESTATE AUTO HOLDINGS, LLC

By: _____
Keith Alan Raven
Raven & Kolbe, LLP
126 East 56th Street
Suite 202
New York, NY 10022
Telephone: (212) 759-7466
Facsimile: (212) 759-0166
kraven@ravenkolbe.com

*Counsel for Defendant*
*City World Estate Auto Holdings LLC*


BRONX FORD LINCOLN MERCURY

By: _____
Keith Alan Raven
Raven & Kolbe, LLP
126 East 56th Street
Suite 202
New York, NY 10022
Telephone: (212) 759-7466
Facsimile: (212) 759-0166
kraven@ravenkolbe.com

*Counsel for Defendant Bronx Ford Lincoln*
*Mercury d/b/a City World Ford*


So Ordered:

_____
Hon. Alison J. Nathan
United States District Judge

4/7/16